UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Case No. 13-2012 MK |
| | ) | |
| YOSEF BOYD | ) | |

## UNITED STATES' MOTION TO UNSEAL
## CRIMINAL COMPLAINT/AFFIDAVIT/ARREST WARRANT

The United States requests the criminal complaint, affidavit, and arrest warrant in this case

be unsealed since the defendant has been located and arrested, and is due to appear in this case this

afternoon.

Respectfully submitted,

DAVID RIVERA
ACTING UNITED STATES ATTORNEY

By:*s/ Sunny A.M. Koshy*
SUNNY A.M. KOSHY
Assistant United States Attorney
110 9th Avenue, South
Suite A-961
Nashville, Tennessee 37203

SO ORDERED:

_____
JULIET GRIFFIN
U.S. Magistrate Judge